UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X

Bennett Hinds

- against -

City

------------------------------------------------------------X

09 Civ. 9641 (HB)

POST-MEDIATION ORDER
OF DISCONTINUANCE

The parties having participated in a mediation before me and having reached a disposition as follows:

① the City will pay $10,000 w/n 90 days from the date hereof

② The parties will execute affidavit of Status of Lien + City standard settlement release

It is hereby

ORDERED that the above entitled action be and hereby is discontinued with prejudice and without costs to either party. The parties are aware that a failure to perform in accordance with the above disposition may result in the entry of a judgment against the non-performing party.

Dated: New York, New York
4/12/10

I agree:

_____
Plaintiff

_____
City of New York Defendant

_____
Attorneys for Plaintiff

_____
Attorneys for Defendant

_____
Harold Baer, Jr., U.S.D.J.

USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 4/12/10